No. 5722.   COMPTON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 6224.   HAFFKE v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Motion to strike exhibits submitted by respondent and certiorari denied.

No. 6272.   SMITH v. BLOOM, JUDGE.   Sup. Ct. Mo. Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 6491.   EVANS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6515.   MEADOWS ET AL. v. UNITED STATES MARSHAL, NORTHERN DISTRICT OF GEORGIA.   C. A. 5th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 988.   MINNESOTA MINING & MANUFACTURING CO. v. NORTON CO. ET AL., ante, p. 925.   Petition for rehearing denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 989.   BILLY BAXTER, INC. v. COCA-COLA CO. ET AL., ante, p. 923.   Petition for rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 1016.   JONES v. UNITED STATES, ante, p. 926.   Motion for leave to dispense with printing petition for rehearing granted.   Petition for rehearing denied.